AO 120 (Rev. 3/04)

| TO:  Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District___ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV04-9730 GAF | DATE FILED<br>November 30, 2004 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>ACI INTERNATIONAL, INC. | | DEFENDANT<br>ADIDAS-SALOMON AG and ADIDAS AMERICA, INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  1,815,956 | 1/11/94 | adidas-Salomon AG |
| 2  1,833,868 | 5/3/94 | adidas-Salomon AG |
| 3  2,278,589 | 9/21/99 | adidas-Salomon AG |
| 4    870,136 | | adidas-Salomon AG |
| 5    961,353 | | adidas-Salomon AG |

Continued on attachment

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>*Verna Horgan* | DATE<br>1/5/06 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director       Copy 4—Case file copy

AO-120

| Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 2,016,963 | | adidas-Salomon AG |
| 2,058,619 | | adidas-Salomon AG |
| 1,671,229 | | adidas-Salomon AG |

# PROOF OF SERVICE

1

2         I am a resident of the State of California, over the age of eighteen
years, and not a party to the within action. My business address is Alschuler
3   Grossman Stein & Kahan LLP, The Water Garden, 1620 26th Street, Fourth Floor,
North Tower, Santa Monica, California 90404-4060. On this 3rd day of January,
4   2005, I served a true copy of the within documents:

5   ## REPORT ON THE FILING OR DETERMINATION OF AN
## ACTION REGARDING A PATENT OR TRADEMARK

6
    ..      by transmitting via facsimile the document(s) listed above to the fax
7   number(s) set forth below on this date before 5:00 p.m.

8           The above transmission was reported as complete and without error.
Attached hereto is a copy of the respective transmission report, which
9   was properly issued by the transmitting facsimile machine.

10    ..X    by placing the document(s) listed above in a sealed envelope with
postage thereon fully prepaid, in the United States mail at Santa
11  Monica, California, addressed as set forth below.

12      ..      by placing the document(s) listed above in a sealed envelope, with the
overnight delivery charge prepaid, addressed as set forth below, and
13  deposited in a box or facility regularly maintained by the overnight
delivery service carrier, _____.

14

15  Frank E. Merideth, Jr., Esq.
Greenberg Traurig LLP
16  Suite 400 - East Tower
2450 Colorado Avenue
17  Santa Monica, CA 90404

18        I am readily familiar with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited
19  with the U.S. Postal Service on that same day with postage thereon fully prepaid in
the ordinary course of business. I am aware that on motion of the party served,
20  service is presumed invalid if postal cancellation date or postage meter date is more
than one day after date of deposit for mailing in affidavit.

21
      I declare that I am employed in the office of a member of the bar of
22  this court at whose direction the service was made.

23        I declare under penalty of perjury under the laws of the State of
California that the above is true and correct.

24
      Executed on this 3rd day of January, 2005.

25

26

ORIGINAL

LODGED

Terence J. Clark (SBN 222315)
Wendy M. Mantell (SBN 225544)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Attorneys for Plaintiff and Counterclaim-Defendants

Yakub Hazzard (SBN 150242)
ALSCHULER GROSSMAN STEIN & KAHAN LLP
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Jerre B. Swann (pro hac vice)
R. Charles Henn Jr. (pro hac vice)
Christopher M. Hanes (pro hac vice)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Attorneys for Defendants-Counterclaims

FILED
CLERK, U.S DISTRICT COURT

JAN - 5 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send        ✓
Enter
Closed
JS-5/JS-6   ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ACI INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADIDAS-SALOMON AG, and ADIDAS AMERICA, INC., <br><br> Defendants. | CASE NO. CV 04-9730-GAF (PJWx) <br> **[Honorable Gary A. Feess]** <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

DOCKETED ON CM

JAN - 6 2006

BY          005

31

ADIDAS-SALOMON AG and
ADIDAS AMERICA, INC.,

Counterclaimants,

vs.

ACI INTERNATIONAL, INC. and
OCEAN PACIFIC APPAREL CORP.,

Counterclaim-Defendants.

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal without prejudice of this action, including all claims and counterclaims asserted therein. The parties shall bear their own costs, including attorneys' fees.

Dated: December 2**1**, 2005   GREENBERG TRAURIG, LLP

By: _____
Terence J. Clark
Attorneys for Plaintiff and Counterclaim-Defendants
ACI INTERNATIONAL, INC.
and OCEAN PACIFIC APPAREL CORP.

Dated: ~~December~~ January 3, 200~~5~~4   ALSCHULER GROSSMAN STEIN & KAHAN LLP
KILPATRICK STOCKTON LLP

By: _____
Yakub Hazzard
Attorneys for Defendants and Counterclaimants
ADIDAS-SALOMON AG and ADIDAS AMERICA,
INC.

IT IS SO ORDERED:

DATE: 1/5/06

_____
United States District Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.

On January 4, 2006, I served the **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Jerre B. Swann, Esq.
R. Charles Henn Jr., Esq.
Christopher M. Hanes, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Yakub Hazzard, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

☒ **(BY MAIL)**

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 4, 2006, at Santa Monica, California.

_____
Dawn Wilhelm

LA-FS1\380349v01\53221.010100

3

STIPULATION OF DISMISSAL WITHOUT PREJUDICE